**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7485

WRITER'S EMAIL ADDRESS
rachelepstein@quinnemanuel.com

September 23, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/23/24

**VIA ECF**

Honorable Andrew L. Carter, Jr.
U.S. District Court, Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: Joint Request to Extend Time to File Motions to Dismiss
*Shopify Inc. v. Shopline Technology Holdings Pte. Ltd. et al*, No. 1:24-cv-03691-ALC

Dear Judge Carter:

We represent Defendants Shopline US, Inc. and Shopline Technology Holdings Pte. Ltd. ("Shopline") in the above-captioned matter.

On August 6, 2024, Shopline filed letters requesting a pre-motion conference relating to Shopline's anticipated motions to dismiss the claims in Plaintiffs' Complaint. On September 12, 2024, the Court granted leave for Shopline to file their proposed motions to dismiss and set a corresponding briefing schedule subject to any alternative schedule agreed to between the parties. After conferring with counsel for Shopify Inc. ("Shopify"), the parties request that the briefing schedule be slightly modified, as shown in the table below:

| Brief | Original Deadline | Revised Deadline |
|---|---|---|
| Opening briefs | October 1, 2024 | October 1, 2024 |
| Opposition briefs | October 22, 2024 | October 29, 2024 |
| Reply briefs | October 29, 2024 | November 12, 2024 |

As Shopline's deadline to respond to the Complaint is currently stayed (Individual Practices 2(A)), these modifications will not affect any other deadlines in this case.

Respectfully submitted,

/s/ Rachel E. Epstein
Rachel E. Epstein

cc: All counsel of record (via ECF)

quinn emanuel urquhart & sullivan, llp

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
September 23, 2024
New York, New York