UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOPIFY INC., <br><br> Plaintiff, <br><br> -against- <br><br> SHOPLINE TECHNOLOGY HOLDINGS PTE. LTD., SHOPLINE US, INC., and SINOXPRESS INC., <br><br> Defendants. | Case No. 1:24-cv-03691-ALC <br><br> **ORAL ARGUMENT REQUESTED** |

### NOTICE OF DEFENDANT SHOPLINE TECHNOLOGY HOLDINGS PTE. LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE that Defendant Shopline Technology Holdings Pte. Ltd., through its undersigned attorneys, will move this Court before the Hon. Andrew L. Carter, Jr., 40 Foley Square, New York, NY 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint (ECF 1) with prejudice and for such other and further relief the Court deems just and proper.

Respectfully submitted,

DATED:   October 1, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:  /s/ *Rachel E. Epstein*

Michael E. Williams (*pro hac vice*)

1

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Email: michaelwilliams@quinnemanuel.com

Rachel E. Epstein
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: rachelepstein@quinnemanuel.com

*Counsel for Defendants*
*Shopline Technology Holdings Pte. Ltd. and*
*Shopline US, Inc.*