# Exhibit A

**DAWN**

```
{{ 'section-blog-post.css' | asset_url | stylesheet_tag }}

<article
  class="article-template"
  itemscope itemtype="http://schema.org/BlogPosting"
>

  {%- for block in section.blocks -%}
    {%- case block.type -%}

      {%- when '@app' -%}
        <div class="page-width page-width--narrow">
          {% render block %}
        </div>
      {%- when 'featured_image'-%}
        {%- if article.image -%}
          <div
            class="article-template__hero-container" {{ block.shopify_attributes }}>
            <div
              class="article-template__hero-{{ block.settings.image_height }} media"
              itemprop="image"
              {% if block.settings.image_height == 'adapt' and article.image %}
                style="padding-bottom: {{ 1 | divided_by: article.image.aspect_ratio | times: 100 }}%;"
              {% endif %}
            >

              <img
                srcset="{% if article.image.width >= 350 %}{{ article.image | image_url: width: 350 }} 350w,{% endif %}
                  {% if article.image.width >= 750 %}{{ article.image | image_url: width: 750 }} 750w,{% endif %}
                  {% if article.image.width >= 1100 %}{{ article.image | image_url: width: 1100 }} 1100w,{% endif %}
                  {% if article.image.width >= 1500 %}{{ article.image | image_url: width: 1500 }} 1500w,{% endif %}
                  {% if article.image.width >= 2200 %}{{ article.image | image_url: width: 2200 }} 2200w,{% endif %}
                  {% if article.image.width >= 3000 %}{{ article.image | image_url: width: 3000 }} 3000w,{% endif %}
                  {{ article.image | image_url }} {{ article.image.width }}w"
                sizes="(min-width: {{ settings.page_width }}px) {{ settings.page_width | minus: 100 }}px, (min-width: 750px) calc(100vw - 10rem), 100vw"
                src="{{ article.image | image_url: width: 1100 }}"
                loading="eager"
                width="{{ article.image.width }}"
                height="{{ article.image.height }}"
                alt="{{ article.image.alt | escape }}">
            </div>
          </div>
        {%- endif -%}


      {%- when 'title'-%}
        <header class="page-width page-width--narrow" {{ block.shopify_attributes }}>
          <h1
            class="article-template__title"
```

**SEED**

```
<link rel="stylesheet" href="{{asset_url 'section-main-article.css'}}" />

<article
  class="article-template"
>
  {{#with this as |global|}}
    {{#each section.block_order as |blockId|}}
      {{#with (lookup ../section.blocks blockId)}}




        {{#if type "===" "select"}}
          {{#if global.article.image.src}}
            <div
              class="page-width article-template__hero-container" {{{shopline_attributes}}}>
              <div
                class="article-template__hero-{{settings.image_height}} media"

                {{#and (if settings.image_height "===" "adapt") (if global.article.image)}}
                  style="padding-bottom:{{times (divide 1 global.article.image.aspect_ratio) 100}}%;"
                {{/and}}
              >
                {{snippet "image" data=global.article.image lazy=false fetchpriority="high"}}

















            </div>
          </div>
        {{/if}}
        {{/if}}

        {{#if type "===" "title"}}
          <header class="page-width" {{{shopline_attributes}}}>
            <h1
              class="article-template__title title4"
```

**DAWN**

```
      itemprop="headline"
    >
      {{ article.title | escape }}
    </h1>
    {%- if block.settings.blog_show_date -%}
      <span
        class="circle-divider caption-with-letter-spacing"
        itemprop="dateCreated pubdate datePublished"
      >
        {{ article.published_at | time_tag: format: 'date' }}
      </span>
    {%- endif -%}
    {%- if block.settings.blog_show_author -%}
      <span
        class="caption-with-letter-spacing"
        itemprop="author"
        itemscope itemtype="http://schema.org/Person"
      >
        <span itemprop="name">{{ article.author }}</span>
      </span>
    {%- endif -%}
  </header>


{%- when 'content'-%}
  <div
    class="article-template__content page-width page-width--narrow rte"
    itemprop="articleBody"
    {{ block.shopify_attributes }}
  >
    {{ article.content }}
  </div>


{%- when 'share' -%}
  <div
    class="article-template__social-sharing page-width page-width--narrow"
    {{ block.shopify_attributes }}
  >
      <share-button class="share-button" {{ block.shopify_attributes }}>
        <button class="share-button__button hidden">
          {% render 'icon-share' %}
          {{ block.settings.share_label | escape }}
        </button>
        <details id="Details-{{ block.id }}-{{ section.id }}">
          <summary class="share-button__button">
```

**SEED**

```
  >
    {{global.article.title}}
  </h1>
  {{#if settings.blog_show_date}}
    <span
      class="circle-divider caption-with-letter-spacing body3"
    >
      {{date global.article.published_at "abbreviated_date"}}
    </span>
  {{/if}}
  {{#if settings.blog_show_author}}
    <span
      class="caption-with-letter-spacing body3"
    >
      <span itemprop="name">{{global.article.author}}</span>
    </span>
  {{/if}}
 </header>
 <div class="article-template__divide page-width"></div>
{{/if}}

{{#if type "===" "content"}}
  <div
    class="article-template__content page-width rte body3"
    itemprop="articleBody"
    {{{shopline_attributes}}}
  >
    {{{global.article.content}}}
  </div>
{{/if}}

{{#if type "===" "share"}}
  <div
    class="article-template__social-sharing page-width"
    {{{shopline_attributes}}}
  >
    {{assign "share_url" (append global.request.origin global.article.url)}}
    {{snippet "share-button" share_link=share_url}}
```

**DAWN**

```
          {% render 'icon-share' %}
          {{ block.settings.share_label | escape }}
        </summary>
        <div id="Article-share-{{ section.id }}" class="share-button__fallback motion-reduce">
          <div class="field">
            <span id="ShareMessage-{{ section.id }}" class="share-button__message hidden" role="status">
            </span>
            <input type="text"
              class="field__input"
              id="url"
              value="{{ request.origin | append: article.url }}"
              placeholder="{{ 'general.share.share_url' | t }}"
              onclick="this.select();"
              readonly
            >
            <label class="field__label" for="url">{{ 'general.share.share_url' | t }}</label>
          </div>
          <button class="share-button__close hidden no-js-hidden">
            {% render 'icon-close' %}
            <span class="visually-hidden">{{ 'general.share.close' | t }}</span>
          </button>
          <button class="share-button__copy no-js-hidden">
            {% render 'icon-clipboard' %}
            <span class="visually-hidden">{{ 'general.share.copy_to_clipboard' | t }}</span>
          </button>
        </div>
      </details>
    </share-button>
    <script src="{{ 'share.js' | asset_url }}" defer="defer"></script>
  </div>
 {%- endcase -%}
{%- endfor -%}



<div class="article-template__back element-margin-top center">
  <a
    href="{{ blog.url }}"
    class="article-template__link link animate-arrow"
  >
    <span class="icon-wrap">
      {% render 'icon-arrow' %}
    </span>
    {{ 'blogs.article.back_to_blog' | t: title: blog.title }}
  </a>
</div>
{%- if blog.comments_enabled? -%}
  <div class="article-template__comment-wrapper background-secondary">
```

**SEED**

```
        </div>
      {{/if}}
    {{/with}}
  {{/each}}
{{/with}}

<div class="article-template__back element-margin-top page-width">
  <a
    href="{{blog.url}}"
    class="article-template__link link animate-arrow body3"
  >
    <span class="icon-wrap">
      {{snippet "icon-arrow"}}
    </span>
    {{t "blog.general.back"}}
  </a>
</div>
{{#if blog.comments_enabled}}
  <div class="article-template__comment-wrapper">
```

3

**DAWN**

```
<div id="comments" class="page-width page-width--narrow">
  {%- if article.comments_count > 0 -%}
    {%- assign anchorId = '#Comments-' | append: article.id -%}
    <h2
      id="Comments-{{ article.id }}"

      tabindex="-1"
    >
      {{ 'blogs.article.comments' | t: count: article.comments_count }}



    </h2>
    {% paginate article.comments by 5 %}
      <div class="article-template__comments">
        {%- if comment.status == 'pending' and comment.content -%}
          <article
            id="{{ comment.id }}"
            class="article-template__comments-comment"
          >
            {{ comment.content }}
            <footer class="right">
              <span class="circle-divider caption-with-letter-spacing">
                {{ comment.author }}
              </span>
            </footer>
          </article>
        {%- endif -%}

        {%- for comment in article.comments -%}
          <article
            id="{{ comment.id }}"
            class="article-template__comments-comment"
          >
            {{ comment.content }}
            <footer class="right">
              <span class="circle-divider caption-with-letter-spacing">
                {{ comment.author }}
              </span>
              <span class="caption-with-letter-spacing">
                {{ comment.created_at | time_tag: format: 'date' }}
              </span>
            </footer>
          </article>
        {%- endfor -%}


        {% render 'pagination', paginate: paginate, anchor: anchorId %}
```

**SEED**

```
<div id="comments" class="page-width">
  {{#if article.comments_count ">" 0}}
    {{assign "anchor_id" (append "#Comments-" article.id)}}
    <h2
      id="{{anchor_id}}"
      class="article-template__comment-title title4"
      tabindex="-1"
    >
      {{#if article.comments_count "==" 1}}
        {{t "blog.comment.single_count" count=article.comments_count}}
      {{else}}
        {{t "blog.comment.title" count=article.comments_count}}
      {{/if}}
    </h2>
    {{#paginate article.comments by=5}}
      <div class="article-template__comments">
        {{#and (if comment.status "==" "pending") comment.content}}
          <article
            id="{{comment.id}}"
            class="article-template__comments-comment body3"
          >
            {{comment.content}}
            <footer class="right">
              <span class="circle-divider caption-with-letter-spacing body6">
                {{comment.author}}
              </span>
            </footer>
          </article>
        {{/and}}

        {{#each article.comments as |comment|}}
          <article
            id="{{comment.id}}"
            class="article-template__comments-comment body3"
          >
            {{comment.content}}
            <footer class="right">
              <span class="circle-divider caption-with-letter-spacing body6">
                {{comment.author}}
              </span>
              <span class="caption-with-letter-spacing body6">
                {{date comment.created_at "abbreviated_date"}}
              </span>
            </footer>
          </article>
        {{/each}}
        {{#if paginate.pages ">" 1}}
          {{snippet "pagination" paginate=paginate anchor=""}}
```

**DAWN**

```
      </div>
    {% endpaginate %}
  {%- endif -%}


{% form 'new_comment', article %}

  {%- liquid
    assign post_message = 'blogs.article.success'
    if blog.moderated? and comment.status == 'unapproved'
      assign post_message = 'blogs.article.success_moderated'
    endif
  -%}

  <h2>
    {{ 'blogs.article.comment_form_title' | t }}
  </h2>
  {%- if form.errors -%}
    <div class="form__message" role="alert">
      <h3
        class="form-status caption-large text-body"
        tabindex="-1"
        autofocus
      >
        {% render 'icon-error' %}
        {{ 'templates.contact.form.error_heading' | t }}
      </h3>
    </div>
    <ul class="form-status-list caption-large">
      {%- for field in form.errors -%}
        <li>
          <a href="#CommentForm-{{ field }}" class="link">
            {%- if form.errors.translated_fields[field] contains 'author' -%}
              {{ 'blogs.article.name' | t }}
            {%- elsif form.errors.translated_fields[field] contains 'body'-%}
              {{ 'blogs.article.message' | t }}
            {%- else -%}
              {{ form.errors.translated_fields[field] }}
            {%- endif -%}
            {{ form.errors.messages[field] }}
          </a>
        </li>
      {%- endfor -%}
    </ul>

  {%- elsif form.posted_successfully? -%}
    <div class="form-status-list form__message" role="status">
```

**SEED**

```
      {{/if}}
    </div>
  {{/paginate}}
{{/if}}

{{assign "moderated" blog.moderated}}
{{#form "new_comment" article}}

  {{#and moderated form.posted_successfully}}
    {{assign "post_message" "blog.comment.comment_audit_tip"}}
  {{else}}
    {{assign "post_message" "blog.comment.success"}}
  {{/and}}


  <h2 class="title4 comment_title">
    {{t "blog.comment.post_comment"}}
  </h2>
  {{#if form.errors.messages}}

    <h3
      class="field__info field__info--error body6"
      tabindex="-1"

    >
      {{snippet "icon-error"}}
      {{form.errors.messages}}
    </h3>












  {{/if}}
  {{#if form.posted_successfully}}
```

**DAWN**

```
    <h3
      class="form-status"
      tabindex="-1"
      autofocus
    >
      {% render 'icon-success' %}
      {{ post_message | t }}
    </h3>
  </div>
{%- endif -%}

<div
  {% if blog.moderated? == false %}
    class="article-template__comments-fields"
  {% endif %}
>
  <div class="article-template__comment-fields">
    <div class="field field--with-error">
      <input
        type="text"
        name="comment[author]"
        id="CommentForm-author"
        class="field__input"
        autocomplete="name"
        value="{{ form.author }}"
        aria-required="true"
        required
        {% if form.errors contains 'author' %}
          aria-invalid="true"
          aria-describedby="CommentForm-author-error"
        {% endif %}
        placeholder="{{ 'blogs.article.name' | t }}"
      >
      <label
        class="field__label"
        for="CommentForm-author"
      >
        {{ 'blogs.article.name' | t }}
        <span aria-hidden="true">*</span>
      </label>
      {%- if form.errors contains 'author' -%}
        <small id="CommentForm-author-error">
          <span class="form__message">{% render 'icon-error' %}{{ 'blogs.article.name' | t }} {{ form.errors.messages['author'] }}.</span>
        </small>
      {%- endif -%}
    </div>
    <div class="field field--with-error">
      <input
```

**SEED**

```
    <h3
      class="field__info body6"
      tabindex="-1"
    >
      {{snippet "icon-success"}}
      {{t post_message}}
    </h3>

{{/if}}

<div
  {{#unless blog.moderated}}
    class="article-template__comments-fields"
  {{/unless}}
>
  <div class="article-template__comment-fields">
    <div class="field field--with-error">
      <input
        type="text"
        name="comment[author]"
        id="CommentForm-author"
        class="field__input"
        autocomplete="name"
        value="{{form.author}}"

        required




        placeholder="{{t 'customer.account.name'}}"
      />
      <label
        class="field__label"
        for="CommentForm-author"
      >
        {{t "customer.account.name"}}

      </label>




    </div>
    <div class="field field--with-error">
      {{snippet
```

**DAWN**

```
      type="email"
      name="comment[email]"
      id="CommentForm-email"
      autocomplete="email"
      class="field__input"
      value="{{ form.email }}"
      autocorrect="off"
      autocapitalize="off"
      aria-required="true"
      required
      {% if form.errors contains 'email' %}
        aria-invalid="true"
        aria-describedby="CommentForm-email-error"
      {% endif %}
      placeholder="{{ 'blogs.article.email' | t }}"
    >
    <label
      class="field__label"
      for="CommentForm-email"
    >
      {{ 'blogs.article.email' | t }}
      <span aria-hidden="true">*</span>
    </label>
    {%- if form.errors contains 'email' -%}
      <small id="CommentForm-email-error">
        <span class="form__message">{% render 'icon-error' %}{{ 'blogs.article.email' | t }} {{ form.errors.messages['email'] }}.</span>
      </small>
    {%- endif -%}
  </div>
</div>
<div class="field field--with-error">
  <textarea
    rows="5"
    name="comment[body]"
    id="CommentForm-body"
    class="text-area field__input"
    aria-required="true"
    required
    {% if form.errors contains 'body' %}
      aria-invalid="true"
      aria-describedby="CommentForm-body-error"
    {% endif %}
    placeholder="{{ 'blogs.article.message' | t }}"
  >
    {{ form.body }}
  </textarea>
  <label
```

**SEED**

```
      "input-email"
      input_name="comment[email]"
      input_id="CommentForm-email"
      input_autocomplete="email"
      input_class="field__input"
      input_value=form.email
      input_autocorrect="off"
      input_autocapitalize="off"

      input_required=true




      input_placeholder=(t 'customer.account.email')
    }}
    <label
      class="field__label"
      for="CommentForm-email"
    >
      {{t "customer.account.email"}}

    </label>




  </div>
</div>
<div class="field field--with-error">
  <textarea
    rows="5"
    name="comment[body]"
    id="CommentForm-body"
    class="field__input text-area"

    required




    placeholder="{{t 'blog.comment.post_comment'}}"
    value="{{form.body}}"
  >
    {{form.body}}
  </textarea>
  <label
```

**DAWN**

```
          class="form__label field__label"
          for="CommentForm-body"
        >
          {{ 'blogs.article.message' | t }}
          <span aria-hidden="true">*</span>
        </label>
      </div>
      {%- if form.errors contains 'body' -%}
        <small id="CommentForm-body-error">
          <span class="form__message">{% render 'icon-error' %}{{ 'blogs.article.message' | t }} {{ form.errors.messages['body'] }}.</span>
        </small>
      {%- endif -%}
    </div>
    {%- if blog.moderated? -%}
      <p class="article-template__comment-warning caption">
        {{ 'blogs.article.moderated' | t }}
      </p>
    {%- endif -%}


      <input type="submit" class="button" value="{{ 'blogs.article.post' | t }}">
    {% endform %}
   </div>
 </div>
 {%- endif -%}
</article>

<script type="application/ld+json">
  {
    "@context": "http://schema.org",
    "@type": "Article",
    "articleBody": {{ article.content | strip_html | json }},
    "mainEntityOfPage": {
      "@type": "WebPage",
      "@id": {{ request.origin | append: page.url | json }}
    },
    "headline": {{ article.title | json }},
    {% if article.excerpt != blank %}
      "description": {{ article.excerpt | strip_html | json }},
    {% endif %}
    {% if article.image %}
      "image": [
        {{ article | image_url: width: article.image.width | prepend: "https:" | json }}
      ],
    {% endif %}
    "datePublished": {{ article.published_at | date: '%Y-%m-%dT%H:%M:%SZ' | json }},
    "dateCreated": {{ article.created_at | date: '%Y-%m-%dT%H:%M:%SZ' | json }},
```

**SEED**

```
          class="form__label field__label"
          for="CommentForm-body"
        >
          {{t "blog.comment.post_comment"}}

        </label>
      </div>


    {{#if blog.moderated}}
      <p class="article-template__comment-warning body6">
        {{t "blog.comment.moderated_tip"}}
      </p>
    {{/if}}
      <div class="article-template__comment-submit">
        <button type="submit" class="button">{{t "blog.comment.post_comment"}}</button>
      </div>

    {{/form}}
   </div>
  </div>
 {{/if}}
</article>

<script type="application/ld+json">
  {
    "@context": "http://schema.org",
    "@type": "Article",
    "articleBody": {{{ json (strip_html article.content) }}},
    "mainEntityOfPage": {
      "@type": "WebPage",
      "@id": "{{{ append request.origin article.url }}}"
    },
    "headline": "{{ article.title }}",
    {{#if article.excerpt}}
      "description": {{{ json (strip_html article.excerpt) }}},
    {{/if}}
    {{#if article.image.src}}
      "image": [
        "{{{ article.image.src }}}"
      ],
    {{/if}}
    "datePublished": "{{ date (toInt article.published_at) '%Y-%m-%dT%H:%M:%SZ' }}",
    "dateCreated": "{{ date (toInt article.created_at) '%Y-%m-%dT%H:%M:%SZ' }}",
```

**DAWN**

```
    "author": {
     "@type": "Person",
     "name": {{ article.author | json }}
    },
    "publisher": {
     "@type": "Organization",
     {% if settings.share_image %}
      "logo": {
       "@type": "ImageObject",
       "height": {{ settings.share_image.height | json }},
       "url": {{ settings.share_image | image_url: width: settings.share_image.width | prepend: "https:" | json }},
       "width": {{ settings.share_image.width | json }}
      },
     {% endif %}
     "name": {{ shop.name | json }}
    }
   }
 </script>
```

...schema removed...

**SEED**

```
   "author": {
    "@type": "Person",
    "name": "{{ article.author }}"
   },
   "publisher": {
    "@type": "Organization",




    "name": "{{ shop.name }}"
   }
  }
</script>
```

...schema removed...