# Exhibit B

Dawn: https://github.com/Shopify/dawn/blob/v7.0.0/sections/featured-collection.liquid
(*See Shopline US's* Memorandum of Law, ECF No. 40 at 4 n.3).

Seed: https://github.com/shoplinedev/Seed/blob/2c1a5cc07b0f31d99cbcac1440885eeaecf72ae7/sections/featured-collection.html
(*See Shopline US's* Memorandum of Law, ECF No. 40 at 4 n.4)

**DAWN**

```liquid
{{ 'component-card.css' | asset_url | stylesheet_tag }}
{{ 'component-price.css' | asset_url | stylesheet_tag }}

<link rel="stylesheet" href="{{ 'component-slider.css' | asset_url }}" media="print" onload="this.media='all'">
<link rel="stylesheet" href="{{ 'template-collection.css' | asset_url }}" media="print" onload="this.media='all'">
{%- if section.settings.enable_quick_add -%}
  <link rel="stylesheet" href="{{ 'quick-add.css' | asset_url }}" media="print" onload="this.media='all'">
  <script src="{{ 'quick-add.js' | asset_url }}" defer="defer"></script>
  <script src="{{ 'product-form.js' | asset_url }}" defer="defer"></script>
{%- endif -%}
<noscript>{{ 'component-slider.css' | asset_url | stylesheet_tag }}</noscript>
<noscript>{{ 'template-collection.css' | asset_url | stylesheet_tag }}</noscript>


{%- style -%}
  .section-{{ section.id }}-padding {
    padding-top: {{ section.settings.padding_top | times: 0.75 | round: 0 }}px;
    padding-bottom: {{ section.settings.padding_bottom | times: 0.75 | round: 0 }}px;
  }

  @media screen and (min-width: 750px) {
    .section-{{ section.id }}-padding {
      padding-top: {{ section.settings.padding_top }}px;
      padding-bottom: {{ section.settings.padding_bottom }}px;
    }
  }
{%- endstyle -%}

{%- liquid
  assign products_to_display = section.settings.collection.all_products_count

  if section.settings.collection.all_products_count > section.settings.products_to_show
    assign products_to_display = section.settings.products_to_show
    assign more_in_collection = true
  endif

  assign columns_mobile_int = section.settings.columns_mobile | plus: 0
  assign show_mobile_slider = false
  if section.settings.swipe_on_mobile and products_to_display > columns_mobile_int
    assign show_mobile_slider = true
  endif

  assign show_desktop_slider = false
  if section.settings.enable_desktop_slider and products_to_display > section.settings.columns_desktop
    assign show_desktop_slider = true
  endif
-%}

<div class="color-{{ section.settings.color_scheme }} isolate gradient">
```

**SEED**

```html
<link rel="stylesheet" href="{{asset_url 'component-card.css'}}" />
<link rel="stylesheet" href="{{asset_url 'component-price.css'}}" />

<link rel="stylesheet" href="{{asset_url 'section-slideshow.css'}}" />
<link rel="stylesheet" href="{{asset_url 'section-featured-collection.css'}}" />
{{#if section.settings.enable_quick_add}}
  <link rel="stylesheet" href="{{asset_url 'component-quick-add.css'}}" />
  <script src="{{asset_url 'component-quick-add.js'}}" defer></script>
  <script src="{{asset_url 'component-product-form.js'}}" defer></script>
{{/if}}




<script src="{{asset_url 'component-slider.js'}}" defer></script>

{{snippet
  "section-padding-creator"
  section_id=section.id
  padding_top=section.settings.padding_top
  padding_bottom=section.settings.padding_bottom
}}




{{assign "products_to_display" section.settings.collection.all_products_count}}

{{#if (if section.settings.collection.all_products_count ">" section.settings.products_to_show)}}
  {{assign "products_to_display" section.settings.products_to_show}}
  {{assign "more_in_collection" true}}
{{/if}}

{{assign "columns_mobile_int" section.settings.columns_mobile}}

{{#and section.settings.enable_mobile_slider (if products_to_display ">" columns_mobile_int)}}
  {{assign "show_mobile_slider" true}}
{{/and}}

{{assign "show_desktop_slider" false}}
{{#and section.settings.enable_desktop_slider (if products_to_display ">" section.settings.columns_desktop)}}
  {{assign "show_desktop_slider" true}}
{{/and}}


<div class="isolate">
```

1

**DAWN**

```
<div
  class="collection section-{{ section.id }}-padding{% if section.settings.full_width %} collection--full-width{% endif %}"
>
  <div
    class="collection__title title-wrapper title-wrapper--no-top-margin page-width
      {% if show_mobile_slider %} title-wrapper--self-padded-tablet-down{% endif %}
      {% if show_desktop_slider %} collection__title--desktop-slider{% endif %}"
  >
    {%- if section.settings.title != blank -%}
      <h2 class="title {{ section.settings.heading_size }}">
        {{ section.settings.title | escape }}
      </h2>
    {%- endif -%}
    {%- if section.settings.description != blank or section.settings.show_description and section.settings.collection.description != empty -%}
      <div class="collection__description {{ section.settings.description_style }}">
        {%- if section.settings.show_description -%}{{ section.settings.collection.description }}
        {%- else -%}{{ section.settings.description }}
        {% endif %}
      </div>
    {%- endif -%}
  </div>

  <slider-component
    class="slider-mobile-gutter
      {% if section.settings.full_width %} slider-component-full-width{% endif %}
      {% if show_mobile_slider == false %} page-width{% endif %}
      {% if show_desktop_slider == false and section.settings.full_width == false %} page-width-desktop{% endif %}
      {% if show_desktop_slider %} slider-component-desktop{% endif %}"
  >
    <ul
      id="Slider-{{ section.id }}"
      class="grid product-grid contains-card contains-card--product
        {% if settings.card_style == 'standard' %} contains-card--standard{% endif %}
        grid--{{ section.settings.columns_desktop }}-col-desktop
        {% if section.settings.collection == blank %} grid--2-col-tablet-down
        {% else %} grid--{{ section.settings.columns_mobile }}-col-tablet-down{% endif %}
        {% if show_mobile_slider or show_desktop_slider %} slider
          {% if show_desktop_slider %} slider--desktop{% endif %}
          {% if show_mobile_slider %} slider--tablet grid--peek{% endif %}
        {% endif %}"
      role="list"
      aria-label="{{ 'general.slider.name' | t }}"
    >
      {%- for product in section.settings.collection.products limit: section.settings.products_to_show -%}
        <li
          id="Slide-{{ section.id }}-{{ forloop.index }}"
```

**SEED**

```
<div
  class="featured-collection section-padding"
  style="--mobile-cols:{{section.settings.columns_mobile}}"
>
  <div
    class="collection__title page-width
      {{#if show_mobile_slider}} title-wrapper--self-padded-tablet-down{{/if}}
      {{#if show_desktop_slider}} collection__title--desktop-slider{{/if}}"
  >
    {{#if section.settings.title}}
      <h2 class="{{section.settings.heading_size}}">
        {{section.settings.title}}
      </h2>
    {{/if}}
    {{#and section.settings.show_description section.settings.collection.description}}
      <div class="collection__description rte">
        {{#if section.settings.show_description}}{{{section.settings.collection.description}}}

        {{/if}}
      </div>
    {{/and}}
  </div>

  <slider-component
    class="slider-mobile-gutter
      {{#if show_desktop_slider}} slider-component-desktop{{/if}}


      {{#if section.settings.full_width}} slider-component-full-width{{else}}page-width{{/if}}"
  >
    <ul
      id="Slider-{{section.id}}"
      class="grid product-grid contains-card contains-card--product

        grid-cols-{{section.settings.columns_desktop}}-desktop
        {{#if section.settings.collection.products.length '===' 0}} grid-cols-2
        {{else}} grid-cols-{{columns_mobile_int}}{{/if}}
        {{#or show_mobile_slider show_desktop_slider}} slider slider-full-screen
          {{#if show_desktop_slider}} slider--desktop{{/if}}
          {{#if show_mobile_slider}} slider--mobile grid--peek{{/if}}
        {{/or}}"


    >
      {{#if section.settings.collection.products.length ">" 0}}
        {{assign "limit" (multiply section.settings.products_to_show 1)}}
        {{#each section.settings.collection.products limit=limit as |product|}}
        <li
          id="Slide-{{../section.id}}-featured-collection"
```

**DAWN**

```
      class="grid__item
        {% if show_mobile_slider or show_desktop_slider %} slider__slide{% endif %}"
      >
        {% render 'card-product',
          card_product: product,
          media_aspect_ratio: section.settings.image_ratio,
          show_secondary_image: section.settings.show_secondary_image,
          show_vendor: section.settings.show_vendor,
          show_rating: section.settings.show_rating,
          show_quick_add: section.settings.enable_quick_add,
          section_id: section.id




        %}
      </li>

    {%- else -%}
      {%- for i in (1..4) -%}
        <li class="grid__item">
          {% render 'card-product', show_vendor: section.settings.show_vendor %}
        </li>
      {%- endfor -%}
    {%- endfor -%}








</ul>
{%- if show_mobile_slider or show_desktop_slider -%}

  <div class="slider-buttons no-js-hidden">
    <button
      type="button"
      class="slider-button slider-button--prev"
      name="previous"
      aria-label="{{ 'general.slider.previous_slide' | t }}"
      aria-controls="Slider-{{ section.id }}"
    >
      {% render 'icon-caret' %}
    </button>
    <div class="slider-counter caption">
      <span class="slider-counter--current">1</span>
      <span aria-hidden="true"> / </span>
      <span class="visually-hidden">{{ 'general.slider.of' | t }}</span>
```

**SEED**

```
      class="grid__item
        {{#or ../show_mobile_slider ../show_desktop_slider}} slider__slide{{/or}}"
      >
        {{snippet "product-card"
          product_data=product
          image_ratio=../section.settings.product_image_ratio
          show_secondary_image=../section.settings.show_secondary_image



          show_quick_add=../section.settings.enable_quick_add
          section_id=../section.id
          desktop_grid_cols=../section.settings.columns_desktop
          mobile_grid_cols=../section.settings.columns_mobile
          image_fill_type=../section.settings.image_fill_type
          theme_settings=../settings
        }}
      </li>
    {{/each}}
    {{else}}
      <li class="grid__item">
        {{snippet "product-card" theme_settings=settings}}
      </li>
      <li class="grid__item">
        {{snippet "product-card" theme_settings=settings}}
      </li>
      <li class="grid__item">
        {{snippet "product-card" theme_settings=settings}}
      </li>
      <li class="grid__item">
        {{snippet "product-card" theme_settings=settings}}
      </li>
    {{/if}}
</ul>
{{#or show_mobile_slider show_desktop_slider}}
  {{#if section.settings.page_style "===" "number"}}
    <div class="slider-buttons">
      <button
        type="button"
        class="slider-button slider-button--prev"
        name="previous"



      >
        {{snippet "icon-arrow"}}
      </button>
      <div class="slider-counter caption">
        <span class="slider-counter--current">1</span>
        <span> / </span>
```

**DAWN**

```
      <span class="slider-counter--total">
       {{ products_to_display }}
      </span>


    </div>
    <button
     type="button"
     class="slider-button slider-button--next"
     name="next"
     aria-label="{{ 'general.slider.next_slide' | t }}"
     aria-controls="Slider-{{ section.id }}"
    >
     {% render 'icon-caret' %}
    </button>
   </div>
  {%- endif -%}
...
```

**SEED**

```
      <span class="slider-counter--total display-none-tablet">
       {{add (minus products_to_display section.settings.columns_desktop) 1}}
      </span>
      <span class="slider-counter--total display-none-desktop">
       {{add (minus products_to_display section.settings.columns_mobile) 1 }}
      </span>
     </div>
     <button
      type="button"
      class="slider-button slider-button--next"
      name="next"

     >
      {{snippet "icon-arrow"}}
     </button>
    </div>
   {{/if}}
...
```

4