UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
SHOPIFY INC.,

                            **Plaintiff,**

         -against-                      1:24-cv-03691 (ALC)

SHOPLINE TECHNOLOGY HOLDINGS      **ORDER**
PTE. LTD., et al.,

                          **Defendants.**
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court is in receipt of the request from the Shopline Defendants for a pre-motion conference in relation to a motion to stay discovery. ECF No. 46. Defendants' request for a pre-motion conference is **DENIED**. Defendants are **GRANTED** leave to file their motion. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

    Defendants' opening brief due by **May 28, 2025**

    Plaintiff's opposition brief due by **June 11, 2025**

    Defendants' reply brief due by **June 18, 2025**

**SO ORDERED.**

Dated:    May 14, 2025
               New York, New York

                                               **ANDREW L. CARTER, JR.**
                                             **United States District Judge**