**WILSON SONSINI**

**MEMO ENDORSED**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 866.974.7329

August 15, 2025

<u>Via CM/ECF</u>

The Honorable Gary Stein
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The Initial Case Management Conference scheduled for Friday, August 22, 2025 at 12:00 p.m. is hereby adjourned to Friday, September 12, 2025 at 10:00 a.m. The parties are directed to use the Microsoft Teams information provided in Dkt. No. 59 to join the conference.
>
> Date:   August 15, 2025
>            New York, NY
>
> **SO ORDERED:**
>
> /s/ Gary Stein
>
> HON. GARY STEIN
> UNITED STATES MAGISTRATE JUDGE

Re:   *Shopify Inc. v. Shopline Technology Holdings Pte. Ltd. et al.*,
        No. 1:24-cv-03691-ALC-GS; Letter Request to Reschedule Case
        Management Conference

Your Honor:

We represent Plaintiff Shopify Inc. ("Shopify") in the above-captioned matter. We write pursuant to Rule I.G of the Court's Individual Practices in Civil Cases to respectfully request that the Court briefly continue the parties' August 22, 2025 Initial Case Management Conference (the "Conference") given the unavailability of Shopify's lead counsel on that date.

An initial case management conference was previously scheduled for August 14, 2025 before Magistrate Judge Katharine H. Parker. ECF No. 55. Shopify's counsel arranged to attend, and on August 7, 2025, the parties filed their joint proposed case management plan and a related letter setting forth the parties' dispute regarding the proposed case schedule. ECF Nos. 56-57. But on August 8, 2025, the conference was adjourned, ECF No. 58, and the case was reassigned to this Court.

On August 14, 2025, this Court issued an Initial Case Management Conference Order resetting the parties' Conference for Friday, August 22, 2025 at 12:00 p.m., and directing "the parties to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference." ECF No. 59.

Shopify's two lead attorneys in this matter have pre-scheduled travel plans on August 22 and neither is able to attend a Conference on that date. Shopify thus contacted Shopline, which consented to this request to reschedule the Conference. This is Shopify's first request for an adjournment or extension of the Conference. The parties are available for a rescheduled Conference on September 12, 2025. Subject to the Court's availability, Shopify respectfully requests that the Court continue the conference for September 12, 2025.

**WILSON SONSINI**

**MEMO ENDORSED**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 866.974.7329

August 15, 2025

> The Initial Case Management Conference scheduled for Friday, August 22, 2025 at 12:00 p.m. is hereby adjourned to Friday, September 12, 2025 at 10:00 a.m. The parties are directed to use the Microsoft Teams information provided in Dkt. No. 59 to join the conference.
>
> Date:   August 15, 2025
>         New York, NY

**SO ORDERED:**

*/s/ Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

<u>Via CM/ECF</u>

The Honorable Gary Stein
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Shopify Inc. v. Shopline Technology Holdings Pte. Ltd. et al.*,
      No. 1:24-cv-03691-ALC-GS; Letter Request to Reschedule Case
      Management Conference

Your Honor:

    We represent Plaintiff Shopify Inc. ("Shopify") in the above-captioned matter. We write pursuant to Rule I.G of the Court's Individual Practices in Civil Cases to respectfully request that the Court briefly continue the parties' August 22, 2025 Initial Case Management Conference (the "Conference") given the unavailability of Shopify's lead counsel on that date.

    An initial case management conference was previously scheduled for August 14, 2025 before Magistrate Judge Katharine H. Parker. ECF No. 55. Shopify's counsel arranged to attend, and on August 7, 2025, the parties filed their joint proposed case management plan and a related letter setting forth the parties' dispute regarding the proposed case schedule. ECF Nos. 56-57. But on August 8, 2025, the conference was adjourned, ECF No. 58, and the case was reassigned to this Court.

    On August 14, 2025, this Court issued an Initial Case Management Conference Order resetting the parties' Conference for Friday, August 22, 2025 at 12:00 p.m., and directing "the parties to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference." ECF No. 59.

    Shopify's two lead attorneys in this matter have pre-scheduled travel plans on August 22 and neither is able to attend a Conference on that date. Shopify thus contacted Shopline, which consented to this request to reschedule the Conference. This is Shopify's first request for an adjournment or extension of the Conference. The parties are available for a rescheduled Conference on September 12, 2025. Subject to the Court's availability, Shopify respectfully requests that the Court continue the conference for September 12, 2025.

**WILSON SONSINI**

The Honorable Gary Stein
August 15, 2025
Page 2

    We thank the Court for its attention in this matter.

                                      Respectfully submitted,

                                      WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

                                      s/ *Jeremy P. Auster*
                                      Jeremy P. Auster

                                      Counsel for Plaintiff
                                      SHOPIFY INC.