UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHOPIFY INC.,

                        Plaintiff,                24 Civ. No. 3691 (ALC) (GS)

      -against-                                         ORDER

SHOPLINE TECHNOLOGY
HOLDINGS PTE. LTD., *et al.,*

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      For the reasons set forth at the September 12, 2025 case management conference (*see* Dkt. No. 59), Defendants' motion to stay discovery pending resolution of Defendants' motions to dismiss (Dkt. No. 49) is hereby GRANTED. The Clerk of Court is respectfully directed to close the pending motion at Docket. No. 49.

      **SO ORDERED.**

DATED:    New York, New York
                September 12, 2025

                                                                         The Honorable Gary Stein
                                                                         United States Magistrate Judge