IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOPIFY INC., <br><br> Plaintiff, <br><br> -against- <br><br> SHOPLINE TECHNOLOGY HOLDINGS PTE. LTD., SHOPLINE US, INC., and SINOXPRESS INC., <br><br> Defendants. | Case No.: 1:24-cv-03691-ALC-GS |

**SHOPIFY INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO
SHOPLINE US, INC.'S COUNTERCLAIMS FOR DECLARATORY JUDGMENT**

Plaintiff Shopify Inc. ("Shopify") hereby submits its Answer and Affirmative Defenses to Defendant Shopline US, Inc.'s ("Shopline US") Counterclaims (ECF No. 67 at 11-19) (the "Counterclaims"). Except as specifically admitted below, Shopify denies Shopline US's allegations. To the extent the opening paragraph or any of the headings or footnotes of the Counterclaims require a response, Shopify denies such allegations except to the extent that they are specifically admitted below.

**PARTIES**

1. Shopify admits that Shopline US is a Delaware corporation with its principal place of business in New York.

2. Shopify admits that it is a corporation organized under the laws of Canada, with its headquarters in Ottawa, Ontario, Canada.

**JURISDICTION AND VENUE**

3. Shopify admits the allegations in paragraph 3.

4. Paragraph 4 is a legal conclusion to which no response is required. Solely for the purposes of this action, Shopify does not contest personal jurisdiction or venue in this Court.

## FACTUAL BACKGROUND

5. Shopify admits that Shopline US contracts with merchants in the United States. Shopify specifically denies that Shopline is a leader, including because Shopline duplicated Shopify's Dawn theme. Shopify lacks knowledge or information sufficient to form a belief about the truth of the other allegations in paragraph 5 and therefore denies them.

6. Shopify admits that Shopline US offers customers a platform for building e-commerce websites. Shopify lacks knowledge or information sufficient to form a belief about the truth of the other allegations in paragraph 6 and therefore denies them.

7. Shopify admits that Shopline US offers its merchants customizable website templates for their e-commerce businesses, including the Seed theme. Shopify lacks knowledge or information sufficient to form a belief about the truth of the other allegations in paragraph 7 and therefore denies them.

8. Shopify denies the allegations in paragraph 8.

9. Shopify lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9 and therefore denies them.

10. Shopify lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10 and therefore denies them.

11. Shopify admits that Shopline US offers the "Seed" theme, a customizable website template upon which Shopline's customers build their stores. Shopify lacks knowledge or information sufficient to form a belief about the truth of the other allegations in paragraph 11 and therefore denies them.

12. Shopify denies the allegations in paragraph 12.

13. Shopify denies the allegations in paragraph 13.

14. Shopify admits only that the code of Shopify's Dawn theme includes HTML, CSS, Javascript, and Shopify's Liquid templating language. Shopify denies all other allegations in paragraph 14.

15. Shopify admits that Dawn was created using Liquid templating language. Shopify denies all other allegations in paragraph 15.

16. Paragraph 16 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 16.

17. Shopify admits that in April 2024, Shopify filed 3 separate applications for copyright registration for three versions of the Dawn theme: versions 1.0.0, 7.0.0, and 13.0.0.

18. Shopify admits that an examiner at the United States Copyright Office informed Shopify in written correspondence regarding Shopify's application to register Dawn 1.0.0 that "[t]he Copyright Office will not register HTML as a computer program," and that the examiner approved Shopify's request to amend its registration for Dawn 1.0.0 to encompass authorship in "HTML and source code." Shopify denies the other allegations in paragraph 18.

19. Shopify admits that a different examiner at the United States Copyright Office informed Shopify in written correspondence regarding Shopify's application to register Dawn 7.0.0 and 13.0.0 that they did not believe that Dawn 7.0.0 or 13.0.0 met the requirements for registration as a "computer program," and that after corresponding with the examiner, Shopify approved an authorship claim in the "markup code" in Dawn 7.0.0 and 13.0.0. Shopify denies the other allegations in paragraph 19.

20. Shopify admits that in its written correspondence with the United States Copyright Office regarding Shopify's applications to register Dawn 7.0.0 and 13.0.0, Shopify provided a list

of JavaScript contained in the deposit copies that Shopify submitted for Dawn 7.0.0 and 13.0.0. Shopify also admits that the quoted language in paragraph 20 appears in Shopify's written correspondence with the U.S. Copyright Office regarding its applications to register Dawn 7.0.0 and 13.0.0. Shopify denies the other allegations in paragraph 20.

21. Paragraph 21 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 21.

22. Paragraph 22 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 22.

23. Paragraph 23 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 23.

24. Paragraph 24 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 24.

25. Paragraph 25 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 25.

26. Paragraph 26 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 26.

27. Paragraph 27 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 27.

28. Paragraph 28 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 28.

29. Paragraph 29 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 29.

30. Paragraph 30 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 30.

31. Paragraph 31 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 31.

32. Paragraph 32 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 32.

## COUNT I
### Declaratory Judgment (No Copyright Infringement)

33. Shopify repeats and incorporates its responses in paragraphs 1-32 of this Answer as if fully set forth herein.

34. Shopify admits that Shopline US asserts Count I under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

35. Shopify admits the allegations in paragraph 35.

36. Paragraph 36 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 36.

37. Paragraph 37 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 37, including each of its subparts.

38. Paragraph 38 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 38.

## COUNT II
### Declaratory Judgment (Copyright Invalidity)

39. Shopify repeats and incorporates its responses in paragraphs 1-38 of this Answer as if fully set forth herein.

40. Shopify admits that Shopline US asserts Count II under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

41. Shopify admits the allegations in paragraph 41.

42. Shopify repeats and incorporates its responses in paragraphs 1-41 of this Answer as if fully set forth herein. Paragraph 42 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 42.

43. Paragraph 43 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 43.

44. Paragraph 44 is a legal conclusion to which no response is required. To the extent a response is required, Shopify denies the allegations in paragraph 44.

## PRAYER FOR RELIEF

Paragraphs A-D and their preceding text are prayers for relief to which no response is required. To the extent a response is required, Shopify denies that Plaintiffs are entitled to any relief and requests such relief in favor of Shopify as the Court may deem appropriate.

## GENERAL DENIAL

Shopify denies each and every allegation of the Counterclaims that is not specifically admitted herein.

## AFFIRMATIVE AND OTHER DEFENSES

Pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, Shopify asserts the following affirmative and other defenses, and does so on information and belief as to the actions of others. By including a defense in this section, Shopify does not concede that it is an affirmative defense that must be pleaded, or that Shopify bears the burden of proof or persuasion. Shopify reserves the right to assert additional defenses in the event that discovery or further investigation demonstrates that any such defense is appropriate or applicable.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

Shopline US's Counterclaims for Declaratory Judgment (No Copyright Infringement and Copyright Invalidity) fail to state a claim because each lacks legally sufficient allegations establishing any entitlement to declaratory judgment, including but not limited to allegations that Shopline US did not infringe any valid copyright of Shopify and that Shopify's registered works are not copyrightable subject matter.

## PRAYER FOR RELIEF

WHEREFORE, Shopify respectfully requests the following relief:

A. A judgment in favor of Shopify denying Shopline US all relief requested in its Counterclaims in this action and dismissing Shopline US's Counterclaims with prejudice;

B. That Shopify be awarded its costs of suits, including reasonable attorney's fees; and

C. That the Court award Shopify such other and further relief as the Court deems just and proper.

Dated: November 12, 2025

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Jeremy Auster*
David H. Kramer (*admitted Pro Hac Vice*)
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: DKramer@wsgr.com

-8-

        Jeremy Auster, Bar No. 5539101
        1301 Avenue of the Americas, 40th Floor
        New York, New York 10019
        Telephone: (212) 999-5800
        Facsimile: (866) 974-7329
        Email: jauster@wsgr.com

*Counsel for Plaintiff*
*Shopify Inc.*