UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHOPIFY INC.,

                              Plaintiff,

        -against-

SHOPLINE TECHNOLOGY
HOLDINTS PTE. LTD., *et al.,*

                            Defendants.
------------------------------------------------------------------X

24 Civ. No. 3691 (ALC) (GS)

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Monday, March 2, 2026 at 1:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Monday, February 23, 2026**.

      **SO ORDERED.**

DATED:    New York, New York
               December 2, 2025

                                                           _____
                                                           The Honorable Gary Stein
                                                          United States Magistrate Judge