

**MEMO ENDORSED**

February 11, 2026

**(VIA ECF)**
Honorable Gary Stein
United States Magistrate Judge
500 Pearl Street, Room 702
United States Courthouse
New York, New York 10007

       **RE: Shopify v. Shopline Technology Holdings PTE. Ltd., Shopline US, Inc., et al.**
          **Case No. 1:24-cv-03691-ALC-GS**
          <u>**Letter Motion for adjournment of settlement conference**</u>

Dear Magistrate Judge Stein:

       I represent defendants Shopline Technology Holdings PTE. Ltd., and Shopline US, Inc. (the "Shopline Parties") in the above matter. The Court entered the Substitution of Counsel in this matter yesterday. I write on behalf of the Shopline Parties to respectfully request an adjournment of the settlement conference currently scheduled for March 2, 2026 due to an irreconcilable conflict presented for the March 2, 2026 date in that I am scheduled to travel, appear and present Appellate oral argument in the United States Court of Appeals for the Ninth Circuit in San Francisco. This is the first request for an adjournment of the settlement conference. Counsel for the Plaintiff does not object to the requested adjournment of the settlement conference and rescheduling on one of the dates listed below.

       I have conferred with counsel for the Plaintiff and both parties are available for the settlement conference to be rescheduled on any of the following dates that work with your Honor's calendar:

- April 1-3 (preferred)
- March 30
- March 20

**Celeste M. Butera** | Partner | cbutera@lippes.com| M: 631.786.3132

445 Broad Hollow Rd., Suite 420, Melville, NY 11747  **Phone: 516.820.1500  lippes.com**
**New York:** Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs, Syracuse  // **Florida:** Jacksonville, West Palm Beach
**Illinois:** Chicago  //  **Ohio:** Cleveland  //  **Oklahoma:** Oklahoma City  //  **Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**



Thank you for your kind consideration of this request.

Respectfully submitted,

LIPPES MATHIAS LLP

*/s/ Celeste M. Butera*
Celeste M. Butera

cc: Counsel for the Plaintiff via ECF

Application granted. The settlement conference currently scheduled for Monday March 2, 2026 at 1:00 p.m. is hereby adjourned to Wednesday, April 1, 2026 at 1:00 p.m. in Courtroom 9A, 500 Pearl Street, New York, NY 10007. Parties are directed to submit their ex parte settlement letters no later than Wednesday, March 25, 2026. SO ORDERED.

Date: February 11, 2026

Gary Stein
United States Magistate Judge
Southern District of New York